UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLO BUONVIAGGIO,　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 0357 (JG)
　　　　　　　　　　　　Plaintiff,

　　-against-

JO ANNE B. BARNHART, Commissioner
of Social Security

　　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on December 2, 2005, denying the cross-motions for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Memorandum and Order dated December 2, 2005; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the cross-motions for judgment on the pleadings are denied; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Memorandum and Order.

Dated: Brooklyn, New York
　　　　December 02, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court